7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Patricia Ann Schantz
*Debtor*

*Bankruptcy Case No.*
14–40149–abf7

**Patricia Ann Schantz**
   Plaintiff(s)

*Adversary Case No.*
14–04016–abf

v.

**Wells Fargo Education Finance, Inc.**
**ECMC**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That the parties stipulations are approved by the Court; IT IS FURTHER ORDERED that judgment be entered in accordance with the parties stipulations; IT IS FURTHER ORDERED that Plaintiffs Complaint be dismissed with prejudice; and,IT IS FURTHER ORDERED that each party bear its own costs.



Ann Thompson
Court Executive

By: /s/ Dawn Meador
    Deputy Clerk

Date of issuance: 5/12/14

Court to serve